NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE ANDREW SEARCY, JR.,**
*Petitioner.*

_____

2014-140

_____

On Petition for Writ of Mandamus to the Merit Systems Protection Board in Nos. AT-4324-10-0356-B-1, AT-0752-11-0243-I-1, and AT-4324-12-0759-I-1.

_____

**ON PETITION**

_____

**O R D E R**

Andrew Searcy, Jr. submits a petition for writ of mandamus to direct the Merit Systems Protection Board (Board) to reopen one of his prior dockets, dismiss previous Veterans' Reemployment Rights Act and/or USSERA decisions, and adjudicate particular claims against Searcy.

IT IS ORDERED THAT:

The Department of Agriculture is directed to respond no later than July 17, 2014. Any other respondent may also respond by that date.

2                                    IN RE ANDREW SEARCY, JR.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24